# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR249 |
| vs. | ) | ORDER |
| YOLANDA GUTIERREZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Yolanda Gutierrez (Gutierrez) for a release from detention (Filing No. 53). Gutierrez proposes to be released to the third-party custody of her mother to live in Fort Calhoun, Nebraska. Following an investigation by Pretrial Services (Filing No. 67-Sealed), the court finds the release plan is inadequate. The motion for release (Filing No. 53) is denied.

**IT IS SO ORDERED.**

DATED this 7th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge