IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR249 |
| v. | |
| YOLANDA GUTIERREZ, | ORDER |
| Defendant. | |

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Testificandum for Maritza Gutierrez be issued as requested. The Application for Writ (Filing No. 76) is granted.

Dated this 21st day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge