IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:13CR249 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| YOLANDA GUTIERREZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 202) is granted.

2. Defendant Yolanda Gutierrez's sentencing is continued to Friday, July 11, 2014, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 6th day of March, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge